IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.155.125.142

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/17/2018 00:01:51 | 32E702D16A4A67B6C30504B75A645ED516E22588 | Cum In For An Orgy |
| 08/16/2018 23:59:00 | 98227DC95A345136FB9445BE90BBB26249126C99 | Threeway Strip Poker |
| 08/16/2018 23:55:50 | 810F718284935724DDC5BB37B073214111ADD705 | Honeymoon Sex |
| 08/06/2017 11:18:49 | 1FD46934794F55A4AF894EFCEB6E498899FDF37C | Definitely Not So Shy |
| 08/06/2017 05:32:26 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 08/06/2017 05:31:12 | CBC73FC89097BF10BF2CE303FCD421B117545104 | Emerald Love |
| 07/06/2017 05:39:53 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 07/06/2017 05:39:39 | 1470B29750A526AFA3CBA9226306F7B7C185DBEE | XXX Threeway Games |
| 06/12/2017 21:27:17 | 7BB12497EEFDD2175DE60DECD59539A31E0E91C4 | Want To Fuck My Wife |
| 06/10/2017 22:22:41 | 326CC6FA780A576FD77D9D2786FABB8816B90390 | Deep Inside Gina |
| 05/17/2017 20:19:23 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

STX203