United States District Court
Southern District of Texas
**ENTERED**
February 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3421 |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary dismissal with Prejudice of John Doe filed on February 1, 2019 (Doc. 12) this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this _4th_ day of February, 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE